LIZZIE CANTOR, Appellant, *v.* ETHEL B. ROBINSON, Respondent.

*Cantor* v. *Robinson,* 120 App. Div. 875, affirmed.
(Submitted October 14, 1909; decided October 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June

7, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to impress a lien upon real property for an amount paid on account of purchase price and expenses of examining title.

*Julius M. Mayer* and *A. S. Gilbert* for appellant.

*William S. Haskell* and *Joseph H. Spafford* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.